UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CONSUMER AFFAIRS, et al.,<br><br>Defendants. | No.  2:25-cv-00162-DAD-SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se in this action, which was accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  The Court has previously granted Plaintiff leave to proceed in forma pauperis ("IFP").  ECF No. 6.  The Court has also screened the original and first amended complaint ("FAC").  The Court found the FAC stated a cognizable claim for a substantive due process violation.  ECF No. 9.  Plaintiff has filed a notice stating that he wishes to proceed on that claim and to voluntarily dismiss his remaining claims.  ECF No. 10.  Accordingly, the Court will direct service of the FAC and Defendants shall respond to the substantive due process claim.

**IT IS HEREBY ORDERED** that:

1. Service of the First Amended Complaint (ECF No. 7) is appropriate for the following Defendants: 1) Kimberly Kirchmeyer, Director, at Department of Consumer Affairs; 2) Lynne Jensen, Chief, at Bureau of Security & Investigative Services; and 3) Joey Hunter, Disciplinary Review Unit.

1

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3. The Clerk of the Court shall send Plaintiff: one USM-285, one summons, a copy of the First Amended Complaint (ECF No. 7), and an appropriate form for consent to trial by a magistrate judge.

4. Plaintiff is directed to supply the U.S. Marshal, **within 15 days** from the date this order is filed, all information needed by the Marshal to effect service of process, and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal.  The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 1, above, at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

    d. One copy of the instant order; and

    e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on the Defendants within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

DATED: April 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2