UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI, | No.  2:25-cv-00162-DAD-SCR |
| Plaintiff, | |
| v. | ORDER |
| KIMBERLY KIRCHMEYER, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and this matter is referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Defendants have filed an Answer.  ECF No. 16.  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **August 6, 2026 at 11:00 a.m**., at the United States District Court, **to be convened over Zoom**.  The Court's courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

     a.  Service of process;

     b.  Possible joinder of additional parties;

     c.  Any expected or desired amendment of the pleadings;

d.  Jurisdiction and venue;

e.  Anticipated motions and their scheduling;

f.  The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its schedule, including disclosure of expert witnesses;

g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h.  Special procedures, if any;

i.  Estimated trial time;

j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k.  Whether the case is related to any other cases, including bankruptcy;

l.  Whether a settlement conference should be scheduled;

m.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference before another judge;

n.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: July 7, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE